E-FILED
Tuesday, 04 January, 2005  02:36:11 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 03-20045 |
| | ) |
| CEDRIC WASHINGTON, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO WITHDRAW RECORD**

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Timothy A. Bass, Assistant United States Attorney, respectfully submits its motion to withdraw record. The government states as follows:

1. The defendant was charged by Superseding Indictment on December 3, 2003, with distribution of cocaine base ("crack"), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). He was convicted following a jury trial on December 17, 2003.

2. This case is currently pending on direct appeal before the United States Court of Appeals for the Seventh Circuit. Circuit Rule 11(d) provides that an attorney for a party may withdraw the record during the time allowed for the preparation of a brief on appeal by giving a receipt to the clerk who has physical custody of the record.

3. On December 6, 2004, the defendant filed his brief with the Seventh Circuit. On appeal, the defendant challenges his conviction and sentence. In order to

prepare the government's brief on appeal and to properly respond to the defendant's claims, it is necessary that the government review the complete record in this case.

4.  Accordingly, the government respectfully requests that it be allowed to withdraw the record. The government will promptly return the record to the United States District Court Clerk's Office in Urbana, Illinois upon completion of the government's brief or upon notice that the United States Court of Appeals for the Seventh Circuit has requested transmittal of the record, whichever is earlier.

WHEREFORE, the United States of America respectfully requests that its motion be granted.

    Respectfully submitted,

    JAN PAUL MILLER
    UNITED STATES ATTORNEY

BY:    s/Timothy A. Bass
    TIMOTHY A. BASS
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    tim.bass@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of January 2005, I electronically filed the Motion to Withdraw Record with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      Tiffani D. Johnson
      Assistant Federal Defender
      300 W. Main Street
      Urbana, IL 61801

      s/ Timothy A. Bass
      TIMOTHY A. BASS
      United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Phone: 217/373-5875
      Fax: 217/373-5891
      tim.bass@usdoj.gov