

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

January 5, 2005

Tim Bass
U.S. Attorney's Office
201 S. Vine
Urbana, IL 61802

Re: 03-20045   USA v Cedric Washington

Dear Mr. Bass:

Enclosed please find the Appeal Record for the above captioned case consisting of:

    __1__ volumes of pleadings
    __5__ volumes of transcripts
    _____ volumes of depositions
    _____ loose pleadings
    _____ other

Any trial exhibits in this case will be included in the record on appeal and sent to the Court of Apeals with the record. They may be viewed by any party in the Clerk's office but are not allowed to be sent to attorneys, in accordance with FRAP 11(d).

If there are any sealed or **in camera** documents in this case, they will also accompany the record sent to the Court of Appeals.

Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

enc.

This is to acknowledge receipt of the appeal Record on __1/5/05__.

s/Staci Klayer