E-FILED
Thursday, 10 February, 2005  10:41:50 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | No.: 03-CR-20045 |
| CEDRIC WASHINGTON, | |
| Defendant. | |

**MOTION TO REPLACE PAGE 134 OF DECEMBER 4, 2003 TRANSCRIPT**

NOW COMES the Defendant, and Chief Federal Public Defender for the Central District of Illinois, Richard Parsons, by and through TIFFANI D. JOHNSON, Assistant Federal Public Defender, and moves that this honorable Court allow Court Reporter Deann K. Parkinson to replace page 134 of the transcript dated December 4, 2003. In support thereof, defense counsel states the following:

1. On February 10, 2005, defense counsel noticed an error in the December 4, 2003 transcript page 134, line 25. The Court reporter erroneously attributed a statement made by Juror Number 59, Julie Perhay, to Ms. Johnson.

2. Ms. Johnson denies under the pains and penalties of perjury that she made the statement falsely attributed to her on page 134, line 25, and **STRENUOUSLY OBJECTS** to this typographical error remaining as part of the record.

3. Defense counsel immediately contacted the Court Reporter, Deann Parkinson, who immediately recognized and acknowledged her error.

4. Deann Parkinson has requested that she be allowed to submit a corrected page 134 for the Clerk of Courts to use to replace the original page 134.

WHEREFORE, Defendant respectfully requests that this Court enter an order directing the Clerk to substituted the corrected page 134 forwarded by Ms. Parkinson, and to destroy the original page 134 containing the erroneous entry on line 25.

Respectfully Submitted,

CEDRIC WASHINGTON, Defendant

RICHARD H. PARSONS
Federal Public Defender

BY: s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: tiffani_johnson@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Timothy A. Bass.

s/Tiffani D. Johnson
_____
TIFFANI D. JOHNSON, Bar No. 6278909
Assistant Federal Defender
300 West Main Street
Urbana, Illinois 61802
Phone: (217) 373-0666
Fax: (217) 373-0667
Email: Tiffani_Johnson@fd.org

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>CEDRIC WASHINGTON,<br><br>     Defendant. | No.: 03-CR-20045 |

**PROPOSED ORDER**

The Clerk of Courts is hereby ordered to replace page 134 of the transcript dated December 4, 2003 with the new page filed by Deann K. Parkinson, who recognizes and acknowledges that she made a mistake on line 25, and has since corrected line 25 to accurately reflect that the statement made in line 25 was in fact made by Juror 59, Julie Perhay, and not by Ms. Johnson. The Clerk of Courts is further ordered to destroy the original erroneous page 134.

_____

JUDGE McCUSKEY