UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CEDRIC WASHINGTON,<br><br>    Defendant. | No.: 03-CR-20045 |

## MOTION TO DESIGNATE RECORD FOR APPEAL

NOW COMES the Defendant, and Chief Federal Public Defender for the Central District of Illinois, Richard Parsons, by and through TIFFANI D. JOHNSON, Assistant Federal Public Defender, and moves that this honorable Court to designate the following records for appeal:

1. All trial pleadings
2. All trial transcripts
3. All Photos entered into the record as Exhibits
4. All videos entered into the record as Exhibits

WHEREFORE, Defendant respectfully requests that this Court enter an order directing the Clerk to designate the request records for appeal.

Respectfully Submitted,

CEDRIC WASHINGTON, Defendant

RICHARD H. PARSONS
Federal Public Defender

1

|  |  |
|---|---|
| BY: | s/Tiffani D. Johnson |
|  | _____ |
|  | TIFFANI D. JOHNSON, Bar No. 6278909 |
|  | Assistant Federal Defender |
|  | 300 West Main Street |
|  | Urbana, Illinois 61802 |
|  | Phone: (217) 373-0666 |
|  | Fax: (217) 373-0667 |
|  | Email: tiffani_johnson@fd.org |

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Timothy A. Bass.

        s/Tiffani D. Johnson
        _____
        TIFFANI D. JOHNSON, Bar No. 6278909
        Assistant Federal Defender
        300 West Main Street
        Urbana, Illinois 61802
        Phone: (217) 373-0666
        Fax: (217) 373-0667
        Email: Tiffani_Johnson@fd.org