E-FILED
Tuesday, 08 March, 2005  02:34:30 PM
Clerk, U.S. District Court, ILCD



# United States District Court
## Central District of Illinois

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

March 8, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

        RE: USA v. CEDRIC WASHINGTON
        D. C. Docket No. 03-20045-01
        U. S. C. A. Docket No. 04-2015

Dear Mr. Agnello:

 I am sending you herewith the original and supplemental record on appeal. It consists of the following:

  2 Volumes of Pleadings

  5 Volumes of Transcript

   Volumes of Depositions

  1 Volumes of Exhibits:

   Impounded Exhibits:

  Other (specify): SEALED PRE-SENTENCE REPORT, SENTENCING
       RECOMMENDATION, STATEMENT OF REASONS

 Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

        Very truly yours,

        s/John M. Waters
        JOHN M. WATERS, CLERK

        BY: s/V. Ball
         Deputy Clerk