APPEAL, CLOSED

# U.S. District Court
## Central District of Illinois (Urbana)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-20045-MPM-ALL
Internal Use Only

Case title: USA v. Washington  
Magistrate judge case number: 2:03-mj-07222

Date Filed: 05/22/2003

Assigned to: Judge Michael P. McCuskey

**Defendant**

**Cedric Washington** (1)  
*TERMINATED: 05/05/2004*

represented by **Tiffani D Johnson**  
FEDERAL PUBLIC DEFENDER  
300 W Main St  
Urbana, IL 61801  
217-373-0666  
Fax: 217-373-0667  
Email: TDJECF@aol.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (On or about April 9, 2003 - distribution of 5 or more grams of crack cocaine in violation of 21 USC 841(a)(1)
(1s)

**Disposition**

It is the judgment of the Court the defendant is committed to the custody of the BOP for a term of 420 months on Count 1 and 360 months on Count 2 to be served concurrently. Upon release from incarceration, the defendant is placed on supervised relea se for a term of 8 years on Count 1 to be served concurrently with six years on Count 2 and under special conditions. Defendant is to pay a $200 special assessment.

21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (On or about April 17, 2003 - distribution of 5 or more grams of crack cocaine in violation of 21 USC 841(a)(1)

It is the judgment of the Court the defendant is committed to the custody of the BOP for a term of 420 months on Count 1 and 360 months on Count 2 to be served concurrently. Upon release from incarceration, the defendant is placed on supervised relea se for a term of 8 years on Count 1 to be served

(2s)    concurrently with six years on Count 2 and under special conditions. Defendant is to pay a $200 special assessment.

### Highest Offense Level (Opening)
Felony

### Terminated Counts
21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (On or about April 9, 2003 did Distribute crack cocaine in violation of 21 USC 841(a)(1) and 841(b)(1)(B)
(1)

### Disposition
Count 1 of indictment is dismissed

### Highest Offense Level (Terminated)
Felony

### Complaints
None

### Disposition

### Plaintiff
**USA**       represented by **Timothy A Bass**
US ATTY
201 South Vine
Urbana, IL 61801
217-373-5875
Fax: 217-373-5891
Email: tim.bass@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2003 | 1 | COMPLAINT Cedric Washington (1) count(s) cmp before Mag. Judge David G. Bernthal [ 2:03-m -7222 ] (KM, ilcd) (Entered: 04/16/2003) |
| 04/16/2003 | 2 | ARREST Warrant issued for Cedric Washington by Mag. Judge David G. Bernthal [ 2:03-m -7222 ] (KM, ilcd) Modified on 05/08/2003 (Entered: 04/16/2003) |
| 04/16/2003 |  | Docket Modification (Utility Event) sealing case [ 2:03-m -7222 ] (KM, ilcd) (Entered: 04/16/2003) |
| 04/30/2003 |  | MINUTES: before Mag. Judge David G. Bernthal. An initial appearance is scheduled for APRIL 30, 2003 at 2:00 p.m. by personal appearance |

| | | |
|---|---|---|
| | | before the Honorable David G. Bernthal, US Magistrate Judge, Courtroom C, 201 S Vine Street, Urbana, IL (cc: all counsel/USPO/USMS) [ 2:03-m -7222 ] (S, ilcd) (Entered: 04/30/2003) |
| 04/30/2003 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance for Govt by AUSA Timothy Bass. Dft CEDRIC WASHINGTON appears in person. Initial appearance hearing held . Dft advised of charges and rights including right to counsel. Dft requests court appointed counsel and files financial affidavit. Court finds dft qualifies for court-appointed counsel and appoints the Federal Defender's office. First appearance of Cedric Washington with AFPD Tiffani Hurst present . Cause called for preliminary hearing. Govt relies on affidavit and complaint. Witness for dft sworn; testimony heard. Argument waived by Govt and dft. The Court finds probable cause exists and case is bound to Grand Jury for further proceedings. Cause called for detention hearing. Govt requests dft be detained and makes proffer to Court. Witness for dft sworn; testimony heard. Argument by Govt and dft heard. The Court finds dft be detained pending trial . Written order of detention to be entered. Dft is remanded to the custody of the US Marshal. Case is ordered unsealed. (cc: all counsel/USPO/USMS) [ 2:03-m -7222 ] (S, ilcd) (Entered: 04/30/2003) |
| 04/30/2003 | | Docket Modification (Utility Event) Case unsealed [ 2:03-m -7222 ] (S, ilcd) (Entered: 04/30/2003) |
| 04/30/2003 | | Docket Modification (Utility Event) stopped XM location LC [ 2:03-m -7222 ] (KM, ilcd) (Entered: 04/30/2003) |
| 04/30/2003 | 3 | CJA Form 23 (Financial Affidavit) as to Cedric Washington [ 2:03-m -7222 ] (KM, ilcd) Modified on 11/25/2003 (Entered: 05/01/2003) |
| 05/01/2003 | 4 | ORDER of Detention of Cedric Washington pending trial by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS). [ 2:03-m -7222 ] (KM, ilcd) (Entered: 05/01/2003) |
| 05/08/2003 | 5 | ARREST Warrant returned executed as to Cedric Washington 4/29/03 [ 2:03-m -7222 ] (JAB, ilcd) (Entered: 05/08/2003) |
| 05/22/2003 | 6 | INDICTMENT by AUSA Timothy A Bass. Counts filed against Cedric Washington (1) count(s) 1 (JAB, ilcd) (Entered: 05/23/2003) |
| 05/27/2003 | | MINUTES: before Mag. Judge David G. Bernthal. An arraignment is set for 3:00 p.m. on MAY 28, 2003 by personal appearance before Mag Judge David G. Bernthal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 05/27/2003) |
| 05/28/2003 | | MINUTES: before Mag. Judge David G. Bernthal. Appearance of Colin Bruce, AUSA for Government. Defendant CEDRIC WASHINGTON appears in person and with counsel, Tiffani Hurst, AFPD. Defendant sworn, advised of charges, rights and penalties. Dft Cedric Washington arraigned; not guilty plea entered. Written scheduling order entered. The pretrial conference set for JULY 18, 2003 at 2:30 p.m. Jury selection and jury trial set JULY 28, 2003 at 8:30 a.m. before Judge Michael P. McCuskey. Detention order to remain in effect and the defendant is |

| | | |
|---|---|---|
| | | remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 05/28/2003) |
| 05/28/2003 | 7 | SCHEDULING ORDER by Mag. Judge David G. Bernthal (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 05/28/2003) |
| 06/17/2003 | 8 | PRIOR offense information by USA as to defendant Cedric Washington (JAB, ilcd) (Entered: 06/17/2003) |
| 07/16/2003 | 9 | MOTION to continue the pretrial conference and trial by Cedric Washington (JAB, ilcd) (Entered: 07/16/2003) |
| 07/18/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant CEDRIC WASHINGTON appears in person and with counsel, Tiffani Hurst, AFPD. Hearing on defendant's motion to continue the pretrial conference and trial [9-1]; no objection by Government. Motion allowed. The Court finds by granting the continuance the ends of justice have been met pursuant to 18 USC 3161(h)(8)(a). The pretrial conference is CONTINUED to AUGUST 15, 2003 at 4:00 p.m. Jury selection and jury trial VACATED for July 28, 2003 and RESET to AUGUST 25, 2003 at 8:30 a.m. The defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 07/18/2003) |
| 08/15/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Timothy Bass. Dft CEDRIC WASHINGTON appears in person and with counsel AFPD Tiffani Hurst. Cause called for pretrial conference. Oral motion by dft for continuance; no objection by Govt. Motion granted. Pretrial conference RESET for AUGUST 28, 2003 at 4:00 p.m. Jury trial set for 8/25/03 is VACATED and the jury trial is RESET for SEPTEMBER 8, 2003 at 8:30 a.m. The Court finds by granting the continuance the ends of justice are met pursuant to 18 USC 3161(h)(8)(A) and the time is excluded from today to 9/8/03. The dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 08/18/2003) |
| 08/27/2003 | 10 | MOTION to continue final pretrial and trial by USA as to Cedric Washington (SD, ilcd) (Entered: 08/27/2003) |
| 08/27/2003 | 11 | RESPONSE by defendant Cedric Washington filed as assent to motion to continue final pretrial and trial [10-1] (KM, ilcd) (Entered: 08/28/2003) |
| 08/28/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance for Govt by AUSA Colin Bruce. Dft CEDRIC WASHINGTON appears in person and with counsel Tiffani Hurst. Dft orally moves to continue trial; no objection by Govt. Dft's motion granted; finding the Govt's motion to continue final pretrial and trial [10-1] is moot. Final pretrial conference is reset to NOVEMBER 24, 2003 at 1:15 p.m. and jury trial is reset to DECEMBER 8, 2003 at 8:30 a.m. all before Judge McCuskey. The Court finds by granting the continuance the ends of justice are met pursuant to 18 USC 3161(h)(8)(A). Time from 8/28/03 until 12/8/03 is excluded. Dft is remanded to the custody of the US Marshal. (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 08/29/2003) |

| | | |
|---|---|---|
| 10/22/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant WASHINGTON appears through counsel, Tiffani Hurst, AFPD. The Court advises they have a conflict with the trial date of December 8, 2003, and sua sponte sets the matter for a status hearing at 2:00 p.m. on OCTOBER 22, 2003. The Court is to contact the county jail to have defendant Washington available for telephone call. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 10/22/2003) |
| 10/22/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant CEDRIC WASHINGTON appears by telephone and with counsel Tiffani Hurst, AFPD present. Due to a conflict in the Court's calendar, the jury trial is VACATED for December 8, 2003 and RESET to DECEMBER 15, 2003 at 8:30 a.m. The Final Pretrial conference remains set for November 24, 2003 at 1:15 p.m. The defendant to be present for the November 24, 2003 hearing. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 10/22/2003) |
| 10/22/2003 | | Docket Modification (Utility Event) status hearing held (JAB, ilcd) (Entered: 11/10/2003) |
| 11/20/2003 | 12 | ORDER entered by Judge Michael P. McCuskey. Witness list, exhibit list, proposed jury instructions and proposed voir dire questions are due on November 24, 2003 at the final pretrial conference. Any objections to be on file by December 8, 2003. See written order. (cc: all counsel/USPO) (JAB, ilcd) (Entered: 11/20/2003) |
| 11/24/2003 | 13 | MOTION to compel full disclosure of defendant's statement, the nature of 404(b) evidence, 16(b)(1)(C) material and jenks material by Cedric Washington (JAB, ilcd) (Entered: 11/24/2003) |
| 11/24/2003 | 14 | MOTION to disclose identity of Government's confidential source or informant by Cedric Washington (JAB, ilcd) (Entered: 11/24/2003) |
| 11/24/2003 | 17 | SECOND MOTION in limine (Defendant's prior convictions) by Cedric Washington (JAB, ilcd) Modified on 11/24/2003 (Entered: 11/24/2003) |
| 11/24/2003 | 16 | MOTION for production of Brady materials by Cedric Washington (JAB, ilcd) (Entered: 11/24/2003) |
| 11/24/2003 | 15 | FIRST MOTION in limine (Government's intended use of rule 404(b) evidence by Cedric Washington (JAB, ilcd) Modified on 11/24/2003 (Entered: 11/24/2003) |
| 11/24/2003 | 18 | MOTION for order to add questions to court's voir dire by Cedric Washington (JAB, ilcd) (Entered: 11/24/2003) |
| 11/24/2003 | 19 | WITNESS list submitted by defendant Cedric Washington (SLJ, ilcd) (Entered: 11/24/2003) |
| 11/24/2003 | 20 | WITNESS list submitted by plaintiff USA (SLJ, ilcd) (Entered: 11/24/2003) |
| 11/24/2003 | 21 | EXHIBIT(S) list as to plaintiff USA (SLJ, ilcd) (Entered: 11/24/2003) |

| | | |
|---|---|---|
| 11/24/2003 | 22 | PROPOSED Jury Instructions by plaintiff USA (SLJ, ilcd) (Entered: 11/24/2003) |
| 11/24/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearances by AUSA Bass for Govt/AFPD Johnson appears with dft CEDRIC WASHINGTON for pretrial conference held at 1:30 Mon 11/24/03. Dft filed written witness list (#19). Crt is granting motion for order to add questions to court's voir dire [18-1] with no objections from Govt. Brady materials will be delivered to dft no later than 12/8/03 if not sooner. Crt is granting motion for production of Brady materials [16-1]. Crt is finding the motion to compel full disclosure of defendant's statement, the nature of 404(b) evidence, 16(b)(1)(C) material and jenks material [13-1] moot. Govt filed witness list (#20), exhibit list (#21) and proposed jury instructions (#22). Crt is finding the motion to disclose identity of Government's confidential source or informant [14-1] moot. Dft orally withdraws motion in limine [15-1]. Crt is taking under advisement on 11/24/03 motion in limine [17-1]. Govt's response to motion in limine (#17) due by 12/8/03. Dft to file written response to Govt's witness list on 12/3/03 by 12:00 P.M.. Dft has no objections to Govt's exhibit list. Any objections to proposed jury instructions to be filed on or before 12/8/03. Any proposed jury instructions by dft to be filed by 12/8/03. Jury selection is set for 1:00 12/3/03 . Jury trial remains set to begin at 8:30 12/15/03. (cc: all counsel/USPO/USMS) (VB, ilcd) (Entered: 11/25/2003) |
| 12/02/2003 | | MINUTES: before Judge Michael P. McCuskey. On the Court's own motion, jury selection in the above-captioned matter is RESET from 1:00 p.m. on December 3, 2003 to 8:30 on DECEMBER 4, 2003 before the Honorable Michael P McCuskey, Courtroom A, 201 S. Vine Street, Urbana, IL (cc: all counsel/USPO/USMS) (KM, ilcd) (Entered: 12/02/2003) |
| 12/03/2003 | 23 | SUPERSEDING indictment Cedric Washington (1) count(s) 1s, 2s (JAB, ilcd) (Entered: 12/03/2003) |
| 12/03/2003 | | MINUTES: before Judge Michael P. McCuskey. An arraignment is set on superseding indictment for defendant CEDRIC WASHINGTON at 8:30 a.m. on DECEMBER 4, 2003 . (cc: all counsel/USPO/USMS along with copy of superseding indictment) (JAB, ilcd) (Entered: 12/03/2003) |
| 12/04/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant CEDRIC WASHINGTON appears in person and with counsel Tiffani Johnson, AFPD. Superseding indictment read in open Court. Court corrects citation as to Count 2. Dft Cedric Washington arraigned on superseding indictment; not guilty plea entered. Defendant consents to trial prior to 30 days after indictment as to Count 2. (cc: all counsel/USPO/USMS) (Ann Parkinson/CrtRptr) (JAB, ilcd) (Entered: 12/05/2003) |
| 12/04/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant CEDRIC WASHINGTON appears in person and with counsel, Tiffani Johnson, AFPD. Cause called |

| | | |
|---|---|---|
| | | for jury selection. Jury sworn as to qualifications. Voir dire begins. Jury impaneled and sworn to try the case. JURY TRIAL to start on DECEMBER 16, 2003 at 8:30 a.m. Defendant remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (Ann Parkinson/CrtRptr) (JAB, ilcd) (Entered: 12/05/2003) |
| 12/04/2003 | | Docket Modification (Utility Event) Jury trial set for 12/16/03 at 8:30 a.m. (KM, ilcd) (Entered: 12/15/2003) |
| 12/08/2003 | 24 | RESPONSE by plaintiff USA to defendant's motion in limine to exclude prior convictions for impeachment [17-1] (JAB, ilcd) (Entered: 12/08/2003) |
| 12/12/2003 | 25 | PETITION by: U. S. Attorney regarding Writ of Habeas Corpus ad Testificandum be issued for Daryle Washington to appear on December 16, 2003 at 9:00 a.m. (JAB, ilcd) (Entered: 12/12/2003) |
| 12/12/2003 | 26 | ORDER by Mag. Judge David G. Bernthal granting petition for writ of habeas corpus ad testificandum [25-1] (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 12/12/2003) |
| 12/12/2003 | 27 | WRIT of habeas corpus ad testificandum issued for witness Daryle Washington to appear on December 16, 2003 at 9:00 a.m. (JAB, ilcd) (Entered: 12/12/2003) |
| 12/12/2003 | 28 | MOTION for order to allow evidence of witness' cooperation with law enforcement in other cases by USA as to Cedric Washington (KM, ilcd) (Entered: 12/15/2003) |
| 12/16/2003 | 29 | STIPULATION filed regarding Govt's Exhibits 4,5, and 6 (SLJ, ilcd) (Entered: 12/16/2003) |
| 12/16/2003 | 30 | PROPOSED Jury Instructions by plaintiff USA (SLJ, ilcd) (Entered: 12/16/2003) |
| 12/16/2003 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Defendant CEDRIC WASHINGTON appears in person and with counsel, Tiffani Johnson, AFPD. Hearing held on pending motions. Government's motion for order to allow evidence of witness' cooperation with law enforcement in other cases [28-1] is granted over objections. All witnesses excluded from the Courtroom. Defendant's motion in limine [17-1] is granted in part and denied in part. Jury trial commenced. Statement of case read to jury and preliminary instructions read. Opening statements by counsel heard. Evidence for the Government. Witnesses sworn, testimony heard. Written stipulation filed re Government's exhibits #'s 4, 5 and 6 (#29). Jury excused until 9:00 a.m. on December 17, 2003. Government withdraws exhibits #'s 4, 5 and 6. Jury instruction conference held. Proposed jury instructions submitted by Government. Defendant remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 12/22/2003) |
| 12/16/2003 | 31 | PROPOSED Jury Instruction as to Mr. Dysart's testimony by plaintiff |

| | | |
|---|---|---|
| | | USA (JAB, ilcd) (Entered: 12/22/2003) |
| 12/16/2003 | 32 | PROPOSED Jury Instructions re Darrell Washington's testimony by plaintiff USA (JAB, ilcd) (Entered: 12/22/2003) |
| 12/16/2003 | 33 | ORDER entered as to defendant's motion # 17 by Judge Michael P. McCuskey (cc: all counsel/USPO) (JAB, ilcd) (Entered: 12/22/2003) |
| 12/17/2003 | | MINUTES: before Judge Michael P. McCuskey. JURY TRIAL continues and with same appearances. Jury instruction conference continued. Jury in. Further evidence for Government. Government rests. Written motion for judgment of acquittal (#34) by defendant filed. Motion denied. Evidence for the defendant. Defendant rests. Rebuttal evidence for the Government. Proofs closed. Jury out. Defendant orally renews his motion for judgment of acquittal; denied. Jury instructions read to jurors. Closing arguments by counsel. Bailiff sworn. 4:57p.m. Jury out to deliberate. 5:31 p.m. Jury returns with verdict. Finding Cedric Washington (1) guilty as to count(s) 1s and 2s . Cause referred to Probation for a presentence investigation report. Sentencing hearing set for APRIL 8, 2004 at 2:15 p.m. Order on implementation of sentencing guidelines to be entered and the defendant is remanded to the custody of the USM. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 12/22/2003) |
| 12/17/2003 | 34 | MOTION for judgment of acquittal to all counts by Cedric Washington (1) count(s) 1s, 2s (JAB, ilcd) (Entered: 12/22/2003) |
| 12/17/2003 | | MINUTES: before Judge Michael P. McCuskey. Denying defendant's motion for judgment of acquittal to all counts by Cedric (1) count(s) 1s, 2s [34-1] (JAB, ilcd) (Entered: 12/22/2003) |
| 12/17/2003 | 35 | PROPOSED Jury Instructions filed (JAB, ilcd) (Entered: 12/22/2003) |
| 12/17/2003 | 36 | Jury Instructions given to jury. (JAB, ilcd) (Entered: 12/22/2003) |
| 12/17/2003 | 37 | VERDICT of Guilty as to Counts 1s and 2s as to Cedric Washington (JAB, ilcd) (Entered: 12/22/2003) |
| 12/17/2003 | 38 | EXHIBIT lists as to defendant Cedric Washington and plaintiff USA (Government and defendant exhibits placed in vault in Clerk's Office) (JAB, ilcd) (Entered: 12/22/2003) |
| 12/23/2003 | 39 | WRIT returned executed on 12/17/03 as to Daryle Washington (JAB, ilcd) (Entered: 12/23/2003) |
| 12/23/2003 | 40 | TRANSCRIPT of Excerpt of Proceedings held December 15 and 16, 2003 (JAB, ilcd) (Entered: 12/23/2003) |
| 12/29/2003 | 41 | MOTION for new trial with request for hearing by Cedric Washington (JAB, ilcd) (Entered: 12/30/2003) |
| 12/30/2003 | | MINUTES: before Judge Michael P. McCuskey. On December 29, 2003, defendant, Cedric Washington filed a Motion for a New Trial (#41). The Government is allowed until January 30, 2004 to respond to defendant's motion. (cc: all counsel/USPO) (JAB, ilcd) (Entered: 12/30/2003) |

| | | |
|---|---|---|
| 01/05/2004 | 42 | TRANSCRIPT of Excerpt of Proceedings - Defense Closing Argument heard December 16, 2003 (JAB, ilcd) (Entered: 01/05/2004) |
| 01/14/2004 | 43 | ORDER on implementation of sentencing guidelines by Judge Michael P. McCuskey (cc: all counsel/USPO) (KM, ilcd) (Entered: 01/14/2004) |
| 01/27/2004 | 44 | TRANSCRIPT of Excerpts from the Jury Trial held on December 16, 2003 (JAB, ilcd) (Entered: 01/27/2004) |
| 01/27/2004 | 45 | TRANSCRIPT of Excerpts from the Jury Trial held December 17, 2003 (JAB, ilcd) (Entered: 01/27/2004) |
| 01/30/2004 | 46 | MOTION for additional time to file response to petitioner's motion for new trial by USA as to Cedric Washington (JAB, ilcd) (Entered: 01/30/2004) |
| 02/02/2004 | | MINUTES: before Judge Michael P. McCuskey. The Government's motion for additional time to file response to petitioner's motion for new trial [46-1] is granted. The Government's response to defendant's motion for a new trial is due February 9, 2004. (cc: all counsel/USPO/USMS) (JAB, ilcd) (Entered: 02/02/2004) |
| 02/09/2004 | 47 | MOTION for additional one day to file response to defendant's motion for new trial by USA as to Cedric Washington (JAB, ilcd) (Entered: 02/10/2004) |
| 02/10/2004 | 48 | RESPONSE by plaintiff USA to defendant's motion for new trial [41-1] (JAB, ilcd) (Entered: 02/11/2004) |
| 02/10/2004 | | ENDORSED Order granting Government's motion for additional one day to file response to defendant's motion for new trial [47-1] by Judge Michael P. McCuskey (cc: all counsel) (JAB, ilcd) (Entered: 02/11/2004) |
| 02/20/2004 | 49 | ORDER by Judge Michael P. McCuskey denying defendant's motion for new trial [41-1]. Case remains set for sentencing hearing on APRIL 8, 2004 at 2:15 p.m. (cc: all counsel/USPO/USM) (JAB, ilcd) (Entered: 02/20/2004) |
| 04/08/2004 | | MINUTES: before Judge Michael P. McCuskey. Appearance of Tim Bass, AUSA for Government. Appearance of CEDRIC WASHINGTON in person and with counsel Tiffani Johnson, AFPD. Sentencing hearing held . Counsel acknowledge receipt of presentence report; no objections stated. Letter to the Court from defendant filed and read into the record. Recommendations by counsel heard. Sentencing Cedric Washington (1) count(s) 1s, 2s . It is the judgment of the Court the defendant is committed to the custody of the BOP for a term of 420 months on Count 1 and 360 months on Count 2 to be served concurrently. Upon release from incarceration, the defendant is placed on supervised release for a term of 8 years on Count 1 to be served concurrently with 6 years on Count 2 and under special conditions. Defendant is to pay a $200 special assessment. Appeal rights given to defendant. Court finds the defendant indigent. If he appeals, a free transcript will be provided. Defendant remanded to the custody of the USM. Case terminated . (cc: all |

| | | |
|---|---|---|
| | | counsel/USPO/USMS) (S, ilcd) Modified on 04/12/2004 (Entered: 04/12/2004) |
| 04/08/2004 | 50 | LETTER by defendant Cedric Washington to the Court (S, ilcd) (Entered: 04/12/2004) |
| 04/08/2004 | 51 | NOTICE of Appeal to Circuit Court by defendant Cedric Washington of minute entry dated 4/8/04 (cc: all counsel) (S, ilcd) (Entered: 04/12/2004) |
| 04/08/2004 | 55 | PRESENTENCE Report on Cedric Washington (original sealed) (SD, ilcd) (Entered: 04/20/2004) |
| 04/08/2004 | 56 | SENTENCING recommendation (original sealed) as to defendant Cedric Washington (SD, ilcd) (Entered: 04/20/2004) |
| 04/08/2004 | 57 | STATEMENT of Reason for Imposing Sentence (Sealed) as to defendant Cedric Washington by Judge Michael P. McCuskey (SD, ilcd) (Entered: 04/20/2004) |
| 04/15/2004 | 52 | MOTION to dismiss count in original indictment by USA as to Cedric Washington (VB, ilcd) (Entered: 04/15/2004) |
| 04/16/2004 | 53 | SHORT RECORD ON APPEAL sent to USCA (SD, ilcd) (Entered: 04/16/2004) |
| 04/19/2004 | | ENDORSED ORDER on its face by Judge Michael P. McCuskey granting motion to dismiss count in original indictment [52-1]. (cc: all counsel/USPO/USMS). (SD, ilcd) (Entered: 04/19/2004) |
| 04/19/2004 | 54 | JUDGMENT and Commitment Order as to defendant Cedric Washington by Judge Michael P. McCuskey (SD, ilcd) (Entered: 04/20/2004) |
| 04/23/2004 | 58 | Notification by USCA of Appellate Docket Number 04-2015 (SD, ilcd) (Entered: 04/23/2004) |
| 05/17/2004 | 59 | JUDGMENT and Commitment returned executed on 5/10/04 at Terre Haute, IN, as to Cedric Washington (1) count(s) 1s, 2s (KM, ilcd) (Entered: 05/17/2004) |
| 10/05/2004 | 60 | TRANSCRIPT of Proceedings as to Cedric Washington held on 11/24/03 (Final Pretrial Conference) before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/05/2004) |
| 10/05/2004 | 61 | TRANSCRIPT of Proceedings as to Cedric Washington held on 12/4/03 (Arraignment on Superseding Indictment and Jury Selection) before Judge Michael P. McCuskey. Court Reporter: DP/Area Wide Reporting Service. (SKD, ilcd) (Entered: 10/05/2004) |
| 10/05/2004 | 62 | TRANSCRIPT of Proceedings as to Cedric Washington held on 12/16/03 (Jury Trial) before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/05/2004) |
| 10/05/2004 | 63 | TRANSCRIPT of Proceedings as to Cedric Washington held on 12/17/04 (Continuation of Jury Trial) before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 10/05/2004) |

| | | |
|---|---|---|
| 01/04/2005 | 64 | MOTION to Withdraw Record by USA as to Cedric Washington. (Bass, Timothy) (Entered: 01/04/2005) |
| 01/05/2005 | | TEXT ORDER Entered by Judge Michael P. McCuskey granting 64 Motion to Withdraw Record as to Cedric Washington (1). (SKD, ilcd) (Entered: 01/05/2005) |
| 01/05/2005 | 65 | Letter indicating Government's receipt of Record on appeal consisting of 1 volume of pleadings and 5 volumes of transcripts. (SKD, ilcd) (Entered: 01/05/2005) |
| 02/04/2005 | | Remark: Appeal record returned by government consisting of 1 volume of pleadings and 5 volumes of transcripts (SKD, ilcd) (Entered: 02/04/2005) |
| 02/10/2005 | 66 | TRANSCRIPT of Sentencing Proceedings as to Cedric Washington held on 4/8/04 before Judge Michael P. McCuskey. Court Reporter: LC. (SKD, ilcd) (Entered: 02/10/2005) |
| 02/10/2005 | 67 | MOTION *TO REPLACE PAGE 134 OF DECEMBER 4, 2003 TRANSCRIPT* by Cedric Washington. (Johnson, Tiffani) (Entered: 02/10/2005) |
| 02/14/2005 | | TEXT ORDER entered by Chief Judge Michael P. McCuskey on 2/14/05 granting 67 Motion to Replace Page 134 of December 4, 2003 Transcript as to Cedric Washington. The Clerk of the Court is hereby ordered to replace page 134 of the transcript dated December 4, 2003, with the new page filed by Deann K. Parkinson, who recognizes and acknowledges that she made a mistake on line 25, and has since corrected line 25 to accurately reflect that the statement made in line 25 was in fact made by Juror 59, Julie Perhay, and not by Ms. Johnson. The Clerk of the Court is further ordered to destroy the original erroneous page 134.(MB, ilcd) (Entered: 02/14/2005) |
| 02/17/2005 | | *** Clerk's Notes as to Cedric Washington : pursuant to text order of 2/14/05, clerk received corrected page 134 of transcript from proceedings held 12/4/03. Erroneous page destroyed. (SKD, ilcd) (Entered: 02/17/2005) |
| 02/19/2005 | 68 | DESIGNATION OF RECORD ON APPEAL by Cedric Washington re [51] Notice of Appeal - Final Judgment (Johnson, Tiffani) (Entered: 02/19/2005) |
| 03/07/2005 | 69 | ORDER of USCA as to Cedric Washington re [51] Notice of Appeal - Final Judgment. It is ordered that is case be orally argued on 4/4/05 at 9:30. Clerk is to send the record on appeal. (VB, ilcd) (Entered: 03/07/2005) |
| 03/08/2005 | 70 | Letter of Transmittal to CA7. See letter. (VB, ilcd) (Entered: 03/08/2005) |
| 03/08/2005 | | Certified and Transmitted Record on Appeal as to Cedric Washington to US Court of Appeals re [51] Notice of Appeal - Final Judgment consisting of 2 volumes of pleadings, 5 volumes of transcript, 1 volume of exhibits, 1 volume of in-camera documents. (VB, ilcd) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 03/08/2005) |
| 03/21/2005 | 71 | Receipt: Record on appeal received by USCA as to Cedric Washington (KM, ilcd) (Entered: 03/23/2005) |