E-FILED
Wednesday, 23 March, 2005 10:50:52 AM
Clerk, U.S. District Court, ILCD

E-FILED
Tuesday, 08 March, 2005 02:34:30 PM
Clerk, U.S. District Court, ILCD

# 04-2015



## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

March 8, 2005

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

U.S.C.A.—7th Circuit
RECEIVED
MAR 1 0 2005  DW
GINO J. AGNELLO
CLERK

RE: USA v. CEDRIC WASHINGTON
D. C. Docket No. 03-20045-01
U. S. C. A. Docket No. 04-2015

Dear Mr. Agnello:

I am sending you herewith the original and supplemental record on appeal. It consists of the following:

2 Volumes of Pleadings

5 Volumes of Transcript

Volumes of Depositions

1 Volumes of Exhibits:

Impounded Exhibits:

Other (specify): SEALED PRE-SENTENCE REPORT, SENTENCING
RECOMMENDATION, STATEMENT OF REASONS

ON AIMS
MAR 1 6 2005
GW

FILED
MAR 2 1 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

U.S.C.A.—7th Circuit
FILED
MAR 1 6 2005  GW
GINO J. AGNELLO
CLERK
DOC. # 1838096

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

s/John M. Waters
JOHN M. WATERS, CLERK

BY: s/V. Ball
    Deputy Clerk