E-FILED
Monday, 21 November, 2005  11:02:21 AM
Clerk, U.S. District Court, ILCD

**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 17, 2005

**FILED**
**NOV 21 2005**
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Before

**Hon. William J. Bauer,** *Circuit Judge*
**Hon. Kenneth F. Ripple,** *Circuit Judge*
**Hon. Diane P. Wood,** *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff-Appellee,<br><br>No. 04-2015        v.<br><br>CEDRIC WASHINGTON,<br>Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 03 CR 20045<br>]<br>] Michael P. McCuskey,<br>]     Chief Judge. |

## O R D E R

On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district court concluded that "it would have imposed the same sentence" had it known that the sentencing guidelines were advisory. The parties were offered the opportunity to respond before we finally resolved the appeal. Defendant Washington chose not to respond while the government did requesting that we affirm the district court's sentence.

Washington's sentence is within the guideline range and therefore presumptively reasonable. See *United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005). His failure to respond leaves that presumption unrebutted. The district court's sentence does not appear to be unreasonable and therefore is AFFIRMED.