# United States Court of Appeals
## For the Seventh Circuit
### Chicago, Illinois 60604

E-FILED
Tuesday, 13 December, 2005  03:39:21 PM
Clerk, U.S. District Court, ILCD

## NOTICE OF ISSUANCE OF MANDATE

DATE:   December 9, 2005

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Suite 218
        201 S. Vine Street
        U.S. Courthouse
        Urbana, IL  61802-3369

**FILED**

DEC 1 3 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

FROM:   Gino J. Agnello, Clerk

RE:     04-2015
        USA v. Washington, Cedric
        03 CR 20045, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any.  A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**                                           **TO BE RETURNED AT LATER DATE:**
[2]     Volumes of pleadings                            [ ]
[ ]     Volumes of loose pleadings                      [ ]
[5]     Volumes of transcripts                          [ ]
[1]     Volumes of exhibits                             [ ]
[ ]     Volumes of depositions                          [ ]
[1]     In Camera material                              [ ]
[ ]     Other_____                    [ ]

        Record being retained for use                   [ ]
        in Appeal No. _____

        Copies of this notice sent to:      Counsel of record
        [X]     United States Marshal
        [X]     United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice.  Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

-----------------------------------------------------------------

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: __12/13/05_____     __s/V. Ball_____
(1071-120397)                           Deputy Clerk, U.S. District Court

UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

CERTIFIED COPY

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

November 17, 2005

**Before**

Hon. William J. Bauer, *Circuit Judge*
Hon. Kenneth F. Ripple, *Circuit Judge*
Hon. Diane P. Wood, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff-Appellee,<br><br>No. 04-2015　　　　　v.<br><br>CEDRIC WASHINGTON,<br>　　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 03 CR 20045<br>]<br>] Michael P. McCuskey,<br>]　　Chief Judge. |

### ORDER

On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district court concluded that "it would have imposed the same sentence" had it known that the sentencing guidelines were advisory. The parties were offered the opportunity to respond before we finally resolved the appeal. Defendant Washington chose not to respond while the government did requesting that we affirm the district court's sentence.

Washington's sentence is within the guideline range and therefore presumptively reasonable. See *United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005). His failure to respond leaves that presumption unrebutted. The district court's sentence does not appear to be unreasonable and therefore is AFFIRMED.