03-20045    E-FILED
Tuesday, 26 September, 2006  01:00:29 PM
Clerk, U.S. District Court, ILCD

Judge Michael P. mc'cuskey

I dont have all my discovery information. I have trial transcripts but it's not in regular print since the govt didn't provide my free copies of the transcripts. These that I do have are in very small print and difficult to read, so could you please send me my Trial transcripts, Discovery information and lab reports

I Also need to know my deadline date for my 2255

Thank You
Cedric WAShington
14046026
Federal Correctional institution
P.O. Box 33
Terre Haute IN, 47808

**RECEIVED**

SEP 2 5 2006

U.S. DISTRICT JUDGE
URBANA, ILLINOIS

**FILED**

SEP 2 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL