

**CHAMBERS OF**
MICHAEL P. MCCUSKEY
CHIEF JUDGE

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF ILLINOIS
318 U.S. COURTHOUSE
201 SOUTH VINE STREET
URBANA, ILLINOIS 61802

TELEPHONE 217-373-5837
FACSIMILE 217-373-5855

September 26, 2006

Cedric Washington
#14046026
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Re: Case No. 03-20045, <u>United States v. Washington</u>

Dear Mr. Washington:

    I received your letter on September 25, 2006.  The record in your case does not include discovery information, so that information cannot be provided by the court.  In addition, your letter states that you already have the trial transcripts from your case, so there is no reason to provide you with an additional copy of the transcripts.  As far as the deadline date for filing a Motion under 28 U.S.C. § 2255, it is not proper for this court to give you any legal advice about your case.  However, this court can advise you that, generally, a Motion under § 2255 must be filed within one year after the date on which the judgment of conviction becomes final.  In your case, the Seventh Circuit entered an Order affirming your sentence on November 21, 2005.

    Sincerely,

    s/Michael P. McCuskey
    Chief Judge