

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

May 23, 2008

**FILED**
JUN 1 0 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

UNITED STATES OF AMERICA

v.

CEDRIC WASHINGTON

CASE NO. 03-20045-01

RECEIPT

RECEIVED from Pamela E. Robinson, Clerk, U.S. District Court for the Central District of Illinois the Defendant's exhibits D1, D2, D3, D4a, D4b, D4c, D4d, D4e, D5, D6, D8, D9.

Date: 6/9/08

s/John Taylor
Attorney for Plaintiff/Defendant