E-FILED
Thursday, 17 July, 2008  02:26:41 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

July 17, 2008

**UNITED STATES OF AMERICA**

v.                                    CASE NO. **03-20045-01**

**CEDRIC WASHINGTON**

<u>RECEIPT</u>

RECEIVED from Pamela E. Robinson, Clerk, U.S. District Court for the Central District of Illinois the Government's exhibits 2B, 2C, 3A, 3B, 3C, 3D, 3E, 3F, and 7.

Date: 7/17/08

s/Tim Bass by S. Klayer
Attorney for Plaintiff/Defendant